### LINGERMAN and Another *v.* NAVE.

PRACTICE.—*Supreme Court.*—*New Trial.*—*Assignment of Errors.*—Where in an assignment of errors the only errors complained of relate to matters occurring on the trial for which a new trial was prayed, but the action of

the court in overruling the motion is not assigned for error, no question is properly raised in this court.

APPEAL from the Hendricks Common Pleas.

ELLIOTT, C. J.—Suit by Nave against the appellants, on a promissory note. Issues were formed, the trial of which resulted in a finding and judgment for the plaintiff below; a motion for a new trial being overruled.

The judgment must be affirmed. The only errors complained of relate to matters occurring on the trial, and for which a new trial was prayed; but the action of the court in overruling the motion for a new trial is not assigned for error. No question, therefore, is properly raised by the assignment of errors.

The judgment is affirmed, with costs and ten per cent. damages.

*J. S. Straughan,* for appellants.

*C. C. Nave,* for appellee.